IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE CRIMINAL COMPLAINT FOR KHALILAH CRUMPLER | ) CASE NO: 1:19-MJ-4125 ) ) MAGISTRATE JUDGE ) JONATHAN D. GREENBERG ) ) ORDER TO SEAL |

Upon motion of the United States of America, and for good cause shown, the affidavit submitted in support of the criminal complaint in the above-captioned case is hereby sealed and shall remain sealed until further order of this Court.

s/Jonathan D. Greenberg
UNITED STATES MAGISTRATE JUDGE

08/08/2019
DATE